[Crim. No. 1760. First Appellate District, Division One.—July 13, 1933.]

In the Matter of the Application of WILLIAM L. GRAVES for a Writ of Habeas Corpus.

Frank W. Creely for Petitioner.

No appearance for Respondent.

THE COURT.—■  Under the authority of *In re Jorgensen,* 19 Cal. App. 217 [124 Pac. 1055], *Ex parte Karlson,* 160 Cal. 378 [117 Pac. 447, Ann. Cas. 1912D, 1334], and *In re Mason,* 69 Cal. App. 598 [232 Pac. 157], the application for the writ of *habeas corpus* is denied.